# CRIMINAL COMPLAINT #2 Violation of Oath, Perjury, Denied Due Process of Law

**Filing of this Criminal Complaint by Plaintiff(s) is mandated by 18 USC § 4**

THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE CONSTITUTION



**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 11 2012
OFFICE OF THE CLERK

## UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

**THE UNITED STATES US ATTORNEY**
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)
FOR THE DISTRICT OF NEBRASKA
IN THE COUNTY OF DOUGLAS

8:12cv327

| UNITED STATES OF AMERICA | Federal Criminal Case # |
|---|---|
| **BY** (Plaintiff(s) / Accuser(s)) <br><br> UNITED STATES OF AMERICA, ex rel <br><br> Donna Marie Kozak as Principal <br><br> Donna Marie Kozak proxy for the David Lee and Bernita Margaret Kleensang <br><br><br> **VS.** (Defendant(s) / Accused) <br><br> Judge <u>Laurie Smith Camp</u> <br><br><br><br> (AND ANY UNKNOWN OTHERS.) <br><br><br><br> **RECEIVED** <br><br> SEP 11 2012 | Date <br> Sept. 11, 2012 <br><br> Citizen's Criminal Complaint pursuant to 18 USC § 4 <br><br> Denied Full Disclosure, Violation of Due Process, Violation of required Constitutional Oaths, Perjury, Falsification of documents, & Violation of our Civil Rights <br><br> Points of Law: <br> U.S. Const Article 1 § 10 <br> U.S. Const. Article IV § I, <br> Amend.1, 5, 6, 9,10, & 14 <br> 18 USC §§ 3, 4, 241, 242, 1001, 1621, 1622, 2071, & 2383. <br> 42 USC § 1986 <br> --Rights & Remedies-- <br> UCC 1-308 <br> UCC 1-201 |

CLERK
U.S. DISTRICT COURT
OMAHA

CRIMINAL COMPLAINT (Cont.)

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

**CONSTRUCTIVE NOTICE**

To avoid the Dire Consequences of this Criminal Complaint, the accused/defendant(s) must present rebuttal by sworn counter-affidavit, "specifically" stating all rebuttal to be "True, Correct, Materially Complete, and not Misleading," by "Specific Documentary Proof to the Contrary" to each point, point-by-point within three months Jewish (90 days statutory) from the issuance of this Criminal Complaint by Certified Return Receipt Mail to the following address:

Donna Marie Kozak, c/o Peg Booth, Notary, c/o 11302 South 58th Street, Papillion, Nebraska 68133

ALL POINTS NOT DENIED AND PROPERLY REBUTTED SHALL BE CONFESSED / AFFIRMED, BY SUCH DEFAULT, AND SHALL BE ACCEPTED AS DISPOSITIVE, CONCLUSIVE FACTS BY ACCUSED/DEFENDANTS and/or OTHER PROPERLY DELEGATED AUTHORITY, WHO HAD THE OPPORTUNITY AND "FAILED TO PLEAD." ALL COUNTER-AFFIDAVITS MUST BE SIGNED WITH THE VALID LEGAL NAME OF THE RESPONDENT AND PROPERLY NOTARIZED. FICTITIOUS OR INCOMPLETE NAMES OF RESPONDENTS OR THOSE NOT CONTAINING COMPLETE LEGAL FIRST, MIDDLE, AND LAST NAMES SHALL NOT CONSTITUTE A VALID RESPONSE BECAUSE THEY ARE NOT PROPERLY "AUTHENTICATED". (To be properly "Authenticated," it must satisfy and "Honor" the "Full Faith and Credit" requirements of the Constitution Article IV § I)

# Purpose of this Criminal Complaint

This Criminal Complaint secures the **"Remedy"** for the herein named people ('s) **"Right"** to obtain Lawful Remedy from any public officials(s) who have and are continuing to violate our Creator-endowed certain **"Un-a-lien-able Rights,"** and **Freedoms** secured and protected by the Lawful Constitution for the United States of America.

# Statement of Fact(s)

This instrument is being used to accuse the above-named defendant(s) of the offense of violation(s) of the herein listed and marked parts of the Constitution of the United States of America --- the ORIGINAL and SUPREME Law of the Land.

I, **Donna Marie Kozak**, certify that I have grounds for and do believe that the above named Defendant has committed the cited alleged crimes contrary to law.

Said defendant, Laurie Smith Camp, on approx June 14, 2012 and continuing through the present in Douglas County, The State of Nebraska, did unlawfully:

>1. Laurie Smith Camp treated Criminal Complaint #1 filed pursuant to 18 USC § 4 with Contempt, thus violating the Law under 18 USC §§ 3, 4, 1001, and 1621.

>2. Laurie Smith Camp **perjured** herself. (18 USC § 1621)

>3. Laurie Smith Camp **falsified** Documents. (18 USC § 1001)

## CRIMINAL COMPLAINT (Cont.)

### COMMITTED AS FOLLOWS

>1. **Donna Marie Kozak** on approx June 14, 2012, recorded and filed into Federal Court records in Omaha, NE Criminal Complaint #1 pursuant to 18 USC § 4 (Criminal) and Laurie Smith Camp willfully, premeditatedly, attempted by her own perjury to convert this said Criminal Complaint #1 Instrument into a **Motion to Case No. 8:12 CR 56** by deliberate misrepresentation, having been fore-WARNED by EXHIBIT # 2 in CC #1 that this action would make her an Accessory Accomplice.

>2. Laurie Smith Camp was already a principal named in Criminal Complaint #1, thus her actions were a conflict of interest, making her a principal in this action instead of an accessory. (18 USC § 4)

>3. Laurie Smith Camp **perjured** herself upon dishonoring her required Constitutional Oaths. (18 USC § 1621)

>4. The action of Laurie Smith Camp attempting to convert the Criminal Process into Civil process and/or Motion by misrepresenting the filing status, thus **falsified** the **Title** of the Documents. (**Deliberate Procedural Fraud** 18 USC §§ 241, 242, 1001& 1621; Clear violation of the 5th Amendment of "Due Process") and violation of Article 1 section 10 clause 1 Obligations of Contracts. Taxation of the public has financed the creation of Title 18 USC for the protection of the public.

>5. Therefore the Judge's conversion of a Criminal filing into a Civil filing and/or Motion constitutes an attempt to defraud the Creditor Public of the obligation of the Court to its contracted obligation to protect Title 18 USC.

>6) If any Judge, U.S. Prosecuting Attorney and/or other Public Official can whimsically discard a Criminal Process brought under Title 18 USC as a Civil Process and/or Motion, then all of Title 18 USC would be rendered Null and Void.

>7) Clearly no Judge, U.S. Prosecuting Attorney, and/or other Public official has no such Power Legitimately.

>8) If Title 18 USC is Null and Void, then Judge Laurie Smith Camp, U.S. Prosecuting Attorneys, and all accessory Accomplices against the Kleensangs and/or in any other Case have absolutely no Authority to even consider Criminally prosecuting any Citizen.

### SUPPORTING EVIDENCE AND ADDENDUMS

**Exhibit A: Document identifying Laurie Smith Camp as the responsible Judge.**

**Exhibit B: Front page of Criminal Complaint #1 filed in Omaha, NE Federal Court.**

**Exhibit C: According to this law, I am supposed to come into this office and file.**

**Exhibit D: Warning to Public officials Criminal vs Civil Filing.**

**Exhibit E: Declarations of My Beliefs According to the Law and required seven points of a Commercial Instrument.**

## CRIMINAL COMPLAINT (Cont.)

---

**ARTICLE 6, CONSTITUTION FOR THE UNITED STATES:**

"**THIS CONSTITUTION,** and the laws of the United States of America which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States of America, **SHALL BE THE SUPREME LAW OF THE LAND;** and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." ...

---

**16 AM JUR 2D 177,178:**

The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose;

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it;

No one is bound to obey an unconstitutional law, and no courts are bound to enforce it;

An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the Fundamental Law of the Land, it is superseded thereby;

The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences.

---

**INSTRUCTION: Mark the boxes below where you believe the Law has been violated.**

| THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) | **101/OC** – **O**bligation of **C**ontracts<br>└ Clause 1<br>└ Section 10<br>└ Article 1     **AM14.1/EP** – **E**qual **P**rotection<br>└ Section 1<br>└ Amendment 14 |
|---|---|

**J = JUDGE;   A = ATTORNEY;   O = OTHER;   X = Judge, Attorney, Other**

**I. PROTECTIONS OF YOUR BASIC RIGHTS** - (You can add more, such as attachments on the line below labeled "other")

- **J**   **AM1/FR** No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).
- **J**   **AM6/AC** The accused may have the assistance of anyone/anything in the presentation of his defense.
- **J**   **AM6/AC, AM1/FR** It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).
- **J**   **AM 13.1/S, IS** No law-abiding person shall be forced to do anything he does not want to do.
- ___ **OTHER:** _____

**II. GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

- **J**   **AM1/FS** No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).
- **J**   **AM1/FP** No law shall limit freedom of the press - or my freedom to express my ideas in writing or printing.

## CRIMINAL COMPLAINT (Cont.)

- __J__ **AM6/INFO** The accused must be informed why he is on trial (and the nature and cause of the complaint).
- __J__ **AM6/WA** The accused must be confronted by all witnesses against him.
- __J__ **AM6/WF** The accused has the right to compulsory process to get all people or materials in his favor.
- __J__ **AM6/PT** In all trials involving the threat of jail, the accused shall have a public trial by a jury of their peers (including friends).
- __J__ **AM5/IN** No person shall be held to answer for any serious crime without a Grand Jury indictment.
- __J__ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
- __J__ **AM14.1/EP** All persons shall be equally protected and restricted by the law.
- __J__ **421/UP, UI** People of each state can do anything that is allowed in any other state.
- __J__ **411/ARP** No state shall refuse to acknowledge the actions and records of other states.
- __J__ **AM14.1/CP, CI** No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.
- ____ OTHER: _____

### III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS

- __J__ **AM4/PS** I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).
- __J__ **AM4/W, PC** Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency - like IRS), signed by a judge (not an agent - like IRS), and sworn on oath.
- __J__ **101/OC** No state shall pass any law impairing the obligation of contracts.
- ____ OTHER: _____

### IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)

- __J__ **AM5/DP** No person shall be deprived of anything without a fair trial based on Constitutional law.
- __J__ **AM14/DP** No State shall deprive anyone of anything without a fair trial based on Constitutional law.
- __J__ **192/H C** I have a right to further court process if I have been unlawfully confined (Writ of Habeas Corpus).
- __J__ **322/SCA** I have a right to appeal my case to a higher court.
- ____ OTHER: _____

### V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVER CONTROLLING YOUR LIFE)

- __J__ **193/XL** No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).
- __J__ **101/XL** No state shall pass any law today that can punish me for something I did yesterday (ex post facto).
- __J__ **411/CPE** Congress determines the effect of state legal processes.
- __J__ **AM5/DJ** No person shall suffer more than once for the same offense.
- __J__ **101/LMR** No state shall declare war on a person (resort to force) in violation of the Constitution.
- ____ **AM8/XB** No excessive bail shall be required - bail shall be proportional to crime.
- ____ **AM8/XF** No excessive fines shall be imposed - fines shall be proportional to crime.
- __J__ **AM8/CP** No cruel punishment (torture) shall be inflicted on anyone.
- __J__ **AM8/UP** No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.
- ____ OTHER: _____

### VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

- __J__ **AM6/INFO, AM14.1/EP** I may require as much in writing as is required of me.
- __J__ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).
- __J__ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
- ____ **AM7/JT** All trials not involving the threat of jail, and involving over $20 shall be tried by jury of peers.
- ____ **AM6/ST, PT** All trials involving the threat of jail shall be speedy and public.
- __J__ **323/JT** All trials involving the threat of jail shall be by jury of peers (including friends).
- ____ **323/TIS** Trial must be in the state where the crime was committed.
- __J__ **AM6/IJT** A jury must impartially rule on facts (even ruling against any law they believe unfair).
- ____ **AM6/TWC** A jury must be of the state and district where the crime was committed.
- ____ **AM6/DPA** The trial district must be pre-established by law to insure a fair sampling of people in the jury.
- ____ **101/GS** Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.
- ____ **101/GS, TD** No state shall make anything but silver or gold legal tender for payment of debts.
- ____ **101/CM** No state is allowed to coin or print money.

## CRIMINAL COMPLAINT (Cont.)

    ____ **101/EBC** No state is allowed to print anything to be used in the place of money.
    ____ **101/OC** No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.
    ____ **185/CM** Only Congress can coin money (not Federal Reserve, which is an unlawful private corporation).
    ____ **185/VM** Congress has valued Money at 412.5 grains of standard silver (or equivalent gold) to the dollar. (Federal Reserve notes do NOT promise any silver or gold at all! So, they are unlawful and cannot be used in any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
    ____ **186/PC** Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
    **J** **101/TN** No state shall set anyone (including Bar Assoc., Esq., Nobility Title, etc.) above the Common Man.
    **J** **101/TAC** No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
    **J** **431/NNS** No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
    **J** **331/TAU** No controlling agency shall harass a U.S. Citizen (mixed war/treason).
    **J** **111/SP** Only Congress has the power to make laws.
    **J** **311/SP** Only courts can decide punishments and rewards with regard to the Supreme Law.
    ____ **OTHER:** _____

### VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

    **J** **AM5/WAH** No person shall be forced to say or do anything that can be used against him later (for any reason).
    ____ **AM3/QS** No public servant shall be quartered in a house unlawfully or without owner's consent.
    **J** **193/BA** No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).
    **J** **101/BA** No state shall allow any person or group to make a law, judge on it, AND punish under it.
    ____ **OTHER:** _____

### VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

    **J** **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
    **J** **AM14.4/PDQ)** Taxes (public debt) spent for unlawful purposes may be questioned.
    **J** **197/N UW** No money may be withdrawn from the Public Treasury for unlawful purposes.
    **J** **AM16/TX** Congress has the power to lay and collect taxes only for lawful purposes.
    **J** **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
    **J** **AM1/PA, RG** I may assemble peaceably with others to ask the Government to protect my rights.
    ____ **AM24/VPT** The right to vote may not be denied to anyone because they fail to pay taxes.
    **J** **AM9/ER** All rights belong to the people: some are stated, some are not.
    **J** **AM10/PR** All government power comes from the consent of the people governed.
    **J** **AM5/DP** No person shall be deprived of anything without a fair trial of peers based on Constitutional law.
    **J** **AM14/DP** No state shall deprive anyone of anything without a fair trial of peers based on Conststitution law.
    **J** **441/GRG** The U.S. guarantees a system of laws to protect the majority AND minority.
    **J** **612/SL** "This Constitution is the Supreme Law of the Land."
    **J** **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Conststitution.
    ____ **218/OATH** The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution."
    ____ **231/GX** The President shall "take care that the laws be faithfully executed (enforced)."
    **J** **612/JB** All judges are bound by oath to support the United States Constitution.
    **J** **441/PAI** The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights.
    **J** **441/PADV** The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
    ____ **AM2/KBA** The right of people to keep and bear arms shall never be limited or infringed.
    **J** **AM14.3/HO, IR** No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
    ____ **OTHER:** _____

### IX. GUARANTEES THAT IF SOMETHING IS WRONG, WHAT THE GOVERNMENT IS REQUIRED TO DO

    **J** **241/IMP** Any government employee (except Military) may be impeached.
    ____ **136/STI** Only the Senate shall try impeachments.
    ____ **136/SCI** Only the Senate shall convict in cases of impeachment.
    ____ **137/JI** Impeachment bars one from office.
    ____ **137/LSL** The impeached shall be subject to trial and punishment like anyone else.
    ____ **331/TC** It takes at least two witnesses (see below) or a confession in court to convict anyone of treason.

## CRIMINAL COMPLAINT (Cont.)

    ___ **332/TP** Congress shall decide the punishment for treason.
    J   **AM14.3/RD** Congress shall impeach anyone who rebels against or violates the U.S. Constitution.

**THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178.**

    J   **321/JUC** The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.
    J   **321/JUP** The Court's power shall extend to any case involving the United States as a party.
    ___ **OTHER:** _____

---

### TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or laws of the United States, or because of his/her having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his/her free exercise or enjoyment of any right or privilege so secured they shall be fined not more than $10,000.00 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

### TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000.00 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

**THEREFORE, the Court shall punish according to TITLE 18 SECTION 241/242.**

---

**NOTE: MARK THE FOLLOWING APPROPRIATE ITEMS – HOWEVER DO NOT COUNT THESE IN THE FINAL LEDGER**

### X. PUNISHMENTS PROVIDED FOR CORRUPT PEOPLE IN OFFICE, DRAWING PUBLIC FUNDS

    ___ **161/CS** Members of House and Senate will be paid with public 'funds for service - not disservice.'
    J   **311/CS** Judges will be paid for their service - but not for disservice.
    ___ **217/CS** The President shall be paid for his service - but not for disservice.
    J   **AM14.4/OC, IR** The United States shall not be bound to finance It's own destruction.
    J   **AM14.4/OC, V** The debt incurred by the U.S. to finance It's own destruction is void.
    J   **101/OC** No State shall pass any law impairing the obligations of contracts.
    ___ **231/GX** The President shall "take care that the laws be faithfully executed (enforced) ."
    ___ **231/CO** The President gives power to the officers he appoints.

**THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178.**

    ___ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).
    ___ **612/JB** All judges are bound by oath to support the Constitution of the United States of America.
    J   **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.
    J   **AM14.3/HO, IR** No person shall hold office if he rebels against, or violates the U.S. Constitution.
    ___ **OTHER:**

**THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis-use of public office or contempt against the U.S. Constitution, the Supreme Law of the Land).**

## CRIMINAL COMPLAINT (Cont.)

This "**Criminal Complaint**" is an **Affidavit of Obligation** in the normal "**Commercial**" sense and as such is a "**Security Instrument**" representing accounts receivable and **is a** "**Distress** and **Lien**" upon the real and movable property and rights to property, including but not limited to Mal-Practice Insurance, Public Official Liability Insurance, Homeowners Liability Insurance, and Performance and/or Fidelity Bonds, etc. of the above-cited Defendants.

All Claims are stated in lawful US Dollars, as defined by the lawful U.S. Constitution, which means for the purpose of this document, that the value of a lawful US Dollar is defined as 371.25 grains of 0.999 Fine Silver per the Coinage Act of 1792. One Troy Oz. of 0.999 Fine Silver = 480 Grains. 371.25 / 480 = 0.7734375 or 77.344% of One Troy Oz. One lawful U.S. Dollar equals 77.344% of one ounce fine Silver.

All Payments will be made using the equivalent value as 371.25 grains of 0.999 Fine Silver and the Spot Price of Silver as established by a lawful precious metals regulating agency, or the spot price on the U.S. Silver Market, whichever is the higher amount at the time of the first day of default, at the highest Value of the day. For example, if the claim is to be paid in Federal Reserve Notes (FRN) and/or other acceptable Funds, these Federal Reserve Notes and/or Funds will only be accepted in payment as adjusted to the current Value of Silver as indicated above. This is the Silver Multiplier and also applies to any accrued interest calculations as a result of this Criminal Complaint.

This is to mean for example, that if the Spot value of Fine Silver is $30.00 on the day of default, then $30.00 multiplied by 0.77344 equals $22.203 value. One US Dollar therefore equals 22.203 FRN.

**Note:** I/We reserve the right to choose how we are compensated, and in which funds, currencies, denominations, etc., including but not limited to payment in 0.999 Fine Silver and/or other precious metal(s).

### LEDGER

### Notice to Credit/Bonding Companies: The Commercial Value of this complaint is $195,000.00

### LEDGER: (Total Counts X $1,000) X (Total Lien Debtors) X Plaintiffs = $ Value

Total **Constitutional Violations**, by Judge(s) who is/are Lien debtor(s): **65**, at **$ 1,000.00** per count, equals **$65,000.00**, multiplied by the total **number of Judge(s)** who is/are Lien Debtor(s): **1**, equals the **1st Sub-Total $ 65,000.00**.

**1st Sub-Total $ 65,000.00 X Three Plaintiffs**

**Equals Grand Total $195,000.00 times Silver Multiplier at default.**

**Note:** Due to the Criminal Offense, once the three-month (Jewish), 90-day (Statutory) time limit expires, interest shall be compounded at 1.00% per month on any unpaid balance of the outstanding Debt.

## CRIMINAL COMPLAINT (Cont.)

I (we) certify under penalties of perjury that I (we) have grounds to, and do believe that the above-accused person(s) committed the above offense(s) contrary to law, and by the authority of the United States Constitution of America do hereby declare same to be under Citizen's Arrest, the actual physical arrest to be by the U. S. Marshall. (See Title 42. Sections 1983-1989.)

Plaintiff(s) reserve the right to amend this document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.

I (we) are personally appearing before Notary, and giving written and by spoken oath affirming, that the following is true, correct, materially complete, and not misleading to the best of my/our knowledge and belief, under my/our own commercial liability.

Dated this __11TH__ day of __September__, A.D. 20 __12__,

Sign Here: __Donna Marie Kozak__ ☐
(If you are a witness to treason, check box) ↑

[STATE] __Nebraska__ )
) ss.
[COUNTY] __Sarpy__ )

GENERAL NOTARY-State of Nebraska
JANET M. KRAFT
My Comm. Exp. August 27, 2016

·NOTARY
SEAL

On this __11th__ day of __September__, A.D. 20 __12__, the above signatory(s) is personally appearing before me with picture ID, executed the foregoing instrument, and acknowledges it to be his/her/their own free-will act and deed.

__Janet M Kraft__ My Commission Expires: __August 27, 2016__
Notary Public

### LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Record an Original of this document with the **Federal US Magistrate Judge**; if he refuses then the Federal US Prosecuting Attorney; if he refuses then the US Marshall. Have it date and time stamped, along with getting a federal criminal case # with **signature** of receiver somewhere on the cover sheet – maybe by the time-date stamp, in order to honor the Full Faith and Credit Clause of the Constitution (Article IV § I). Get two copies of the stamped coversheet to make photocopies for your full Criminal Complaint document, to give out as Complementary copies.

**One Complimentary copy each to:**
Defendant(s) / Accused, and all other directly or indirectly interested parties.

# CRIMINAL COMPLAINT (Cont.)

| Lien Debtors/Defendants separately and jointly. THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) → | 101/OC – **O**bligation of **C**ontracts<br>└ Clause 1<br>└ Section 10<br>└ Article 1      **AM14.1/EP** – **E**qual **P**rotection<br>└ Section 1<br>└ Amendment 14 |
|---|---|

| REF | TITLE | REF | TITLE |
|---|---|---|---|
| 111/SP | Separation (of) Powers | 441/PADV | Protect Against Domestic Violence |
| 136/STI | Senate Tries Impeachment | 612/SL | Supreme Law of land |
| 136/SCI | Senate Convict Impeachment | 612/JB | Judges Bound by oath |
| 137/JI | Judgment Impeachment | 613/BO | All Bound by Oath |
| 137/LSL | Liable, Subject to Law | AM1/FR | Freedom of Religion |
| 153/HJP | House Journal Proceedings | AM1/FERB | Freedom to Establish Religious Basis |
| 185/CM, VM | Coin Money, Value Money | AM1/FERI | Freedom to Est. Religious Institute |
| 186/PC | Punish Counterfeiting | AM1/FXR | Freedom to Exercise Religion |
| 189/CT | Constitute Tribunals | AM1/FS | Freedom of Speech |
| 180/SP | Separation of Powers | AM1/FP | Freedom of Press |
| 192/HC | Habeas Corpus | AM1/PA | Peaceful Assembly |
| 193/BA | Bill of Attainder | AM1/RG | Redress Grievances |
| 193/XL | Ex post facto Law | AM2/KBA | Keep and Bear Arms |
| 101/TAC | Treaties, Alliance, Confederation | AM3/QS | Quartering Soldiers |
| 101/LMR | Letters of Marque and Reprisal | AM4/PS | People Secure |
| 101/CM | Coin Money | AM4/W, PC | Warrant, Probable Cause |
| 101/EBC | Emit Bills of Credit | AM5/IND | Indictment |
| 101/GS, TD | Gold / Silver Tender Debt payment | AM5/DJ | Double Jeopardy |
| 101/BA | Bill of Attainder | AM5/WAH | Witness Against Himself |
| 101/XL | Ex post facto Law | AM5/DP | Due Process |
| 101/OC | Obligation of Contracts | AM5/JC | Just Compensation |
| 101/TN | Title of Nobility | AM6/ST | Speedy Trial |
| 211/SP | Separation of Powers | AM6/PT | Public Trial |
| 217/CS | Compensation of Service | AM6/IJT | Impartial Jury Trial |
| 218/OATH | Oath of president | AM6/TWC | Trial Wherein Committed |
| 221/ROW | Require Opinion in Writing | AM6/DPA | District Previously Ascertained |
| 221/GRP | Grant Reprieves and Pardons | AM6/INFO | Information |
| 222/AJ | Appoint Judges | AM6/WA | Witness Against |
| 222/AO | Appoint Officers | AM6/WF | Witness in Favor |
| 222/AOL | Appoint Officers by Law | AM6/AC | Assistance of Counsel |
| 222/AV | Appointment Vested | AM7/JT | Jury Trial |
| 231/GX | Guarantee Execution | AM7/FX | Facts Examined |
| 231/CO | Commission Officers | AM8/XB | Excessive Bail |
| 241/IMP | Impeachment | AM8/XF | Excessive Fine |
| 311/SP | Separation of Powers | AM8/CP | Cruel Punishment |
| 311/GB | Good Behavior | AM8/UP | Unusual Punishment |
| 311/CS | Compensation of Service | AM9/ER | Enumeration of Rights |
| 321/JUC | Judicial Power U.S. Constitution | AM10/PR | Powers Reserved |
| 321/JUP | Judicial Power when U.S. is a Party | AM11/JUC | Judicial power / U.S. Constitution |
| 322/SCA | Supreme Court Appeal | AM13.1/S, IS | Slavery, Involuntary Servitude |
| 323/JT | Jury Trial | AM14.1/CUS | Citizens of the U.S. |
| 323/TIS | Trial In State | AM14.1/CP, CI | Citizens privileges, Citizens Immunities |
| 331/TAU | Treason Against U.S. | Am14.1/DP | Due Process |
| 331/TC | Treason Conviction | AM14.1/EP | Equal Protection of the law |
| 332/TP | Treason Punishment | AM14.3/HO, IR | Hold Office, Insurrection, Rebellion |
| 411/ARP | Acts, Records and Proceedings | AM14.3/RD | Remove Disability |
| 411/CPE | Congress Prescribes Effect of acts, records and proceedings | AM14.4/PDQ | Public Debt Questioned |
| 421/UP, UI | Uniform Privileges, Uniform Immunities | AM14.4/OC, IR | Obligation of Contracts, Insurrection, Rebellion |
| 431/NNS | No New State | AM14.4/OC, V | Obligation of Contracts |
| 441/GRG | Guarantee Republican Government | Am16/TX | Claims void Tax |
| 441/PAI | Protect Against Invasion | AM24/VPT | Vote - Pay Tax |

RELEASE,TRIAL-OMAHA

# U.S. District Court
# District of Nebraska (8 Omaha)
# CRIMINAL DOCKET FOR CASE #: 8:12-cr-00056-LSC-FG3 All Defendants

Case title: USA v. Kleensang et al          Date Filed: 02/23/2012

Assigned to: Chief Judge Laurie Smith Camp
Referred to: Magistrate Judge F.A. Gossett

### Defendant (1)

**David Lee Kleensang**     represented by **David Lee Kleensang**
                                          3275210
                                          CJ-DOUGLAS, Douglas County
                                          Correctional Center
                                          710 South 17th Street
                                          Omaha, NE 68102
                                          PRO SE

### Pending Counts                          ### Disposition

18:286 CONSPIRACY TO DEFRAUD
THE GOVERNMENT WITH
RESPECT TO CLAIMS
(1)

18:287 FALSE CLAIM TO UNITED
STATES
(2-14)

26:7212(a) IMPEDING
ADMINISTRATION OF THE
INTERNAL REVENUE LAWS
(21)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                      ### Disposition

None

### Highest Offense Level (Terminated)

[handwritten: Exhibit A, 3 pages]

None

**Complaints**                                            **Disposition**

None

---

Assigned to: Chief Judge Laurie Smith Camp
Referred to: Magistrate Judge F.A. Gossett

**Defendant (2)**

**Bernita Margaret Kleensang**          represented by **Bernita Margaret Kleensang**
                                                       3275209
                                                       CJ-DOUGLAS, Douglas County
                                                       Correctional Center
                                                       710 South 17th Street
                                                       Omaha, NE 68102
                                                       PRO SE

**Pending Counts**                                        **Disposition**

18:286 CONSPIRACY TO DEFRAUD
THE GOVERNMENT WITH
RESPECT TO CLAIMS
(1)

18:287 FALSE CLAIM TO UNITED
STATES
(15-20)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                            **Disposition**

None

| | | |
|---|---|---|
| | | Trial not concluded - continued to June 14, 2012 at 8:30 a.m. in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. Courtroom Deputy: Marian Lea Frahm; Reporter: Brenda Fauber in a.m. Sue DeVetter in p.m.; Appearance for plaintiff: Douglas R. Semisch; Appearance for defendant: David Lee Kleensang, Bernita Margaret Kleensang, pro se; No interpreter used during hearing. Time Start: 9:10 AM; Time Stop: 4:26 PM; Time in Court: 6 Hour 16 Minutes. (MLF, ) (Entered: 06/13/2012) |
| 06/14/2012 | 97 | ORDER - The motion to reconsider (Filing No. 94 ) filed by nonparty Mary Hardy is denied; and The Clerk is directed to mail a copy of this Memorandum and Order to the movant, Mary Hardy, at her last known address as to defendants David Lee Kleensang andBernita Margaret Kleensang. Ordered by Chief Judge Laurie Smith Camp. (Copies mailed as directed)(MKR) (Entered: 06/14/2012) |
| 06/14/2012 | 98 | AMENDED AFFIDAVIT of David Kleensang and Bernita Kleensang as to defendants David Lee Kleensang andBernita Margaret Kleensang. (MKR) (Entered: 06/14/2012) |
| 06/14/2012 | 99 | STRICKEN-MOTION to file Criminal Complaint # 1- Alienation of Consortium in the Nature of Mental kidnapping, false imprisonment, subordination of perjury filed by Donna Marie Kozak as to defendants David Lee Kleensang and Bernita Margaret Kleensang. (MKR) Modified on 6/14/2012 to reflect documents signed by Donna Kozak (MKR). Modified on 6/14/2012 to strike per Order 101 (MKR, ). (Entered: 06/14/2012) |
| 06/14/2012 | 100 | TEXT NOTICE OF INDEX OF EVIDENCE 89 by Deputy Clerk. Pursuant to NECrimR 12.3(b)(2), evidence in support of a motion shall be identified on an electronically-filed index of evidence. The index of evidence must identify the motion or brief to which it relates. Attachments to the index must be described using the System-generated prompt box. This notice is for your information for future filings as to defendants David Lee Kleensang, Bernita Margaret Kleensang.(MKR, ) (Entered: 06/14/2012) |
| 06/14/2012 | 101 | ORDER - The motion to file a criminal complaint (Filing No. 99 ) filed by a proxy on behalf of the Defendants is stricken; and The Clerk is directed to mail a copy of this Memorandum and Order to each Defendant at his or her last known address as to David Lee Kleensang (1) and Bernita Margaret Kleensang (2). Ordered by Chief Judge Laurie Smith Camp. (Copy mailed to pro se party)( MKR) (Entered: 06/14/2012) |
| 06/14/2012 | 102 | TEXT MINUTE ENTRY for proceedings held before Chief Judge Laurie Smith Camp as to defendant David Lee Kleensang, Bernita Margaret Kleensang. Jury Trial ended on 6/14/2012. Voluntariness hearing held. Court finds the interviews were voluntary. Evidence by plaintiff. Plaintiff rests. Defendant rests. Closing arguments. Instruction conference. Jury received case at 2:35 p.m. David Lee Kleensang found guilty of Counts I, II-XIV and XXI. Sentencing set for September 17, 2012 at 1:00 p.m. Bernita Margaret Kleensang found guilty of Counts XV-XX. Sentencing set for September 17, |

8:12-cr-00056-LSC-FG3 Doc # 99 Filed: 06/14/12 Page 1 of 13 - Page ID # 594

COMPLAINT #1 Alienation of Consortium in the Nature of Mental Rape, Denied Due Process, Jury Tampering, Kidnapping, False Imprisonment, Subordination of Perjury.

**Filing of this Criminal Complaint by Plaintiff(s) is mandated by 18 USC § 4**



THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE CONSTITUTION

# UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

**THE UNITED STATES ATTORNEY**
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)

FOR THE DISTRICT OF (State) **NEBRASKA**

IN THE COUNTY OF **DOUGLAS**

| UNITED STATES OF AMERICA | Federal Criminal Case # |
|---|---|
| **BY** (Plaintiff(s) / Accuser(s)) <br><br> *UNITED STATES OF AMERICA, ex rel* <br> *Donna Marie Kozak proxy for the David Lee and Bernita Margaret Kleensang* <br><br> **VS.** (Defendant(s) / Accused) <br><br> Judge *Laurie Smith Camp*, *F.A. Gossett III*, and *John M. Gerrard*, *et al* <br><br> *Judicial Assistant Angela R. Luna*, Court Clerk *Denise M. Lucks* <br> *U.S. Pretrial Services Officers Chief Timothy G. Connor*, *Troy D. Greve*, *Theresa Rerucha*, and *Barbara Lukesh*. <br> *IRS Special Agents Ashley Thompson*, *Terresa (TJ) Lato*, CPA, *Leslie R. Anderson*, and *Chris Wright* <br> *United States Attorney Deborah R. Gilg and Douglas R. Semisch*. <br> *Assistant U.S. Attorney Eric Kelderman* <br><br> **AND ANY UNKNOWN OTHERS.** <br> *Grand Jury Foreman (Identity unknown)* <br><br> **13 Jurors John and Jane Does** | **8:12CR56** <br><br> Date <br> **June 14, 2012** <br><br> Citizen's Criminal Complaint pursuant to 18 USC § 4 <br> **Alienation of Consortium in the Nature of Mental Rape** <br><br> Denied Due Process, Jury Tampering, Kidnapping, False Imprisonment, and Subornation of Perjury <br><br> Points of Law: <br> 42 USC § 1986 <br> U.S. Const Article 1 § 10 <br> U.S. Const. Article IV § 1, <br> Amend.1, 4, 5, 6, 7, 8, 9,10, & 14 <br> 18 USC §§ 3, 4, 241, 242, 1001, 1622, 2071, & 2383. |


Exhibit B

According to this Law, I am supposed to come into this office and File (record) this Criminal Complaint(s) to report Felony crimes that have been committed.

**18 USC § 4 Misprision of Felony: Whoever, having knowledge of the actual commission of a felony** cognizable by a court of the United States, conceals and does not **as soon as possible make known** the same **to some judge** or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**The Civil Rights Act, 1866 (from *U.S. Statutes at Large*, Vol. 14:27)**
Sec. 3 *And be it further enacted,* **That the district courts of the United States,** ... shall have, exclusively of the courts of the several States, **cognizance of all crimes and offenses committed against the provisions of this act,** and also, concurrently with the circuit courts of the United States, of all causes, civil and **criminal, affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act....**

Sec. 4 *And be it further enacted,* **That the district attorneys, marshals, and deputy marshals** of the United States, **the commissioners appointed** by the circuit and territorial courts of the United States,... **required, at the expense of the United States, to institute proceedings** against all and every person who shall violate the provisions of this act, and cause him or them to be arrested and imprisoned, or bailed, as the case may be, for trial before such court of the United States or territorial court as by this act has cognizance of the offense....

According to what Session Law has enabled what Statute, enabling your Rule and/or Regulations to be Law that enables you to charge a Filing Fee?

When 18 USC § 4 Mandates and the Civil Rights Act of 1866 **requires** you **to institute** proceedings **at the expense of the United States,** and 18 USC § 4 makes failing to report, a felony offense for any Citizen who is aware of these crimes, how is your requiring a filing fee upon any Citizen for the privilege of not going to Jail, not **practicing Extortion on your part, because of you Demanding a Filing fee from the Citizen?**

**This action by any Public officials now begins to border on RICO Violations.** The Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. §§ 1961-68 (1994).

**18 USC § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES**
Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, **under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title** or imprisoned not more than **three years, or both...**

**18 USC § 1951 - INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE**
(2) The term "**extortion**" means the **obtaining of property (money or personal information – 4th Amendment, etc.) from another**, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or **under color of official right**.

Please time and date stamp, and enter a <u>Federal Case number</u> on these documents, recording them into the court records, and provide me my copies.

[Exhibit C]
Rev. 2012-05-17

# Warning to all Public Officers involved in Filing (recording) our "Constitutional Criminal Complaints"

## Especially all U. S. Magistrate Judges, U. S. Prosecuting Attorneys, U. S. Marshals, Clerk of Court, and their assistants and/or clerks

**Ignorance** of the law is **no excuse**, especially for **those responsible with enforcing the law!**

Title 18 USC § 4 Mandates and the Civil Rights Act of 1866 **requires** you **to institute** proceedings as a **"Criminal"** matter **at the expense of the United States**.

**Title 18 USC § 4 is Criminal Law.**

**Title 28 is Civil Law.**

Any attempt to impede this Criminal Process by Agents and/or Principals by attempting to convert this **"Criminal Complaint"** into a Civil Process, shall **automatically** be construed that all Agents and Principals shall become an **"Accessory after the Fact."** (18 USC § 3)

## Notice is hereby given!

Any attempt to convert our **Title 18 USC § 4 Criminal Complaints** into Title 28 **Civil action** shall now be construed that **this action is done** with "**Premeditated, Willful, Malicious, and Oppressive action**" against our Civil Rights of **"Due Process of Law,"** as secured by our Firm obedience to the Constitution of the United States of America, **on the part of all parties involved.**

**This action shall also be construed as "Patent Fraud and Concealment" (Embezzlement) of our Civil Rights, which include our Property Rights and Personal Info per 4th Amendment, etc.**

Pursuant to 18 USC §§ 3, 4, 241, 242, 872, 1001, 1341, 1581, 1621, 1622, 1623, 1951, 2071, 2076, 2381, 2382, and 2383; 42 USC §§ 1983, 1985, 1986, and 1994.



Exhibit D

# Declaration of my Beliefs According to the Law

Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent

Pursuant to 18 USC §§ 3, 4, 241, 242, 872, 1001, 1341, 1581, 1621, 1622, 1623, 1951, 2071, 2076, 2381, 2382, and 2383; 42 USC §§ 1983, 1985, 1986, 1994; Constitution Article IV § 1.

## RESERVATION OF RIGHTS

The fundamental purpose of the Bill of Rights was to guarantee the Power of an Affidavit and protect property rights.

"One's right to life, liberty, and property, to free speech, free press, freedom of worship & assembly, and other fundamental rights may not be submitted to a vote; they do not depend on the outcome of elections."

**I exercise the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.**

**According to Article 6, Section 1, clause 3 of the Constitution, Every Public officer** and every citizen in the State is bound to obey the Constitution of the United States of America. If you, as a Public officer, violate this required Oath, you violate your required bond, because you are required to take an Oath to support the Constitution of the United States of America. Your Acceptance of Compensation for Services binds you. It is **"Fraud"** for you to not Honor and/or do your job right!

All officers of the United States are bound by the Constitution, all Citizens by the Pledge of Allegiance to the Flag, and all Soldiers by both. Nobody gets out of this.

I am a Citizen of the State I live in and I am willing to obey Title18 USC § 4 without having taken an Oath. That would place me in a public <u>servant</u> capacity of obeying the Law. I am not under Oath, but you as a public <u>officer and servant</u> are required to take an Oath to support the Constitution and are being Compensated for your services; therefore, when you want to reject Title18 USC § 4, you are no longer a public <u>servant</u>. You are of something called a <u>**Treasonous**</u> Public <u>officer</u>.

Further more, I reserve all of my Rights using the UCC 1-308 (Performance or Acceptance under Reservation of Rights) in relationship to any past and/or future action concerning this case. <u>**Notice is hereby given.**</u>

## NOTICE TO ALL PUBLIC OFFICERS

If any Public officer is not in conformity with the Constitution, the result is that you must be considered a Domestic and/or Foreign Enemy and Treasonous because of your giving Aide and Comfort to the Enemy.

*[handwritten: Exhibit E, 3 pages]*

*2012-05-28*

Any Judge, U. S. Prosecuting Attorney, Federal Marshal, Clerk of Court, and/or other Public Official that would disparage me of my Commercial Rights of "Due Process of Law" to file Criminal Complaints, by attempting to convert the Criminal Complaint into a Civil Matter, is committing Criminal action against me. Therefore, we are going down the Criminal route, instead of the civil route. What is your Bond number?

### Concerning the Filing of Criminal Complaints

I cannot compel the Magistrate Judge or the Prosecuting Attorney to take action on this matter because I do not have as much Power in the Court House as they do.

BUT, the Law <u>requires me</u> (mandates under threat of prison) to give these two offices/officials the 1st opportunity to act. (18 USC § 4)

Upon dishonor and default by those responsible in those two offices, the result becomes a <u>Commercial</u> matter <u>out</u> of their Court Room.

### Matter of Law

Failure to provide **Full Disclosure** is **Fraud**,
predicated upon violation of Due Process of Law.

**Fraud is gaining at the loss of another, using trickery or deception.**

Fraud vitiates a Contract.

Vitiate: To impair; to make void or voidable; to cause to fail of force or effect. To destroy or annul, either entirely or in part. The legal efficacy and binding force of an act or instrument; as when it is said that fraud vitiates a contract. (Black's law Dictionary 6th Ed.)

1) **Fraud:** *37 Am Jur 2d at section 8 states: "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn Contracts, Documents, and even Judgments."*

   *"A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby. NO ONE is bound to obey an unconstitutional law, and NO COURTS are bound to enforce it. (Sixteenth American Jurisprudence Second Edition, 1998 version, Section 203 (formerly Section 256))*

## A case stops at its first defect and/or at the first point <u>fraud</u> is found.

<u>Ignorance</u> of the law is <u>no excuse</u>, especially for <u>those responsible with enforcing the law</u>!

2

2012-05-28

## THE SEVEN POINT CONTENT OF A COMMERCIAL PROCESS OR INSTRUMENT

Strict Commercial Institutions deal exclusively in seven point international commercial processes, all of which are written as Affidavits and contain an Affidavit at every critical position in the commercial process.

The seven points of a commercial instrument ensure (make certain) that the maker is telling the truth, the whole truth, and nothing but the truth, and can be held fully liable for failure to provide FULL DISCLOSURE.

The Seven Points of a strict Commercial Instrument are:

**1. PARTIES** - - identification of the parties: (1.1) Plaintiffs, (1.2) Claimants, (1.3) Demandants, (1.4) Creditors, ... , (1.5) Defendants, (1.6) Debtors, ... , (1.7) Affiants, ... , (1.X) other interested parties;

**2. ALLEGATION BY AFFIDAVIT** - - a sworn/ certified/verified Plain Statement of Fact/s, (for example - - a United States Constitutional 1st Amendment Petition for Redress of Grievances);

**3. EXPLICIT LEDGERING** - - a categorical point-for-point explicit ledgering of:
(3.1) losses: debts, obligations, injuries, ... , and
(3.2) gains: remedies, specific performance, ...);

**4. SURETY** - -
(4.1) substance, property, collateral, specific performance, energy, ... ;
(4.2) pledged, seized, attached, ... ,
(4.3) to secure the remedy and/or specific performance explicitly ledgered as owed;

**5. EXHIBITS, EVIDENCE, MEMORANDA (POINTS OF REASONING AND LAW), ... ;**

**6. CERTIFICATION, OF ALLEGATIONS, BY AFFIANT**
(6.1) by allegation certification / attestation true, correct, and complete (and not misleading), and
(6.2) by signature of the party liable for the instrument, the Affiant.

An exhaustive commercial swearing used as the closing statement in a commercial process would be:
"I, the undersigned Affiant, swear on my own commercial liability, that I have read the foregoing instrument and know the content thereof and that, to the best of my knowledge and belief, it is true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth."

A less exhaustive, but still very binding closing statement is:
"I certify that the foregoing is true, correct, and complete."

**7. WITNESS OF POSITIVE IDENTIFICATION OF AFFIANT (ID, SSN, etc.).**

2012-05-28